**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-30085
_____


In the Matter of:
MOBILE RAY OF BATON ROUGE, INC.,

                                        Debtor.


DIANE S. SANDERS,

                                        Appellant,

                VERSUS

MOBILE RAY OF BATON ROUGE, INC.;
        JACK S. SANDERS;
              and
AMERICAN MOBILE MEDICAL, INC.,

                                        Appellees.



_____

Appeal from the United States District Court
for the Middle District of Louisiana
(96-CV-251)
_____

October 10, 1997

Before REYNALDO G. GARZA, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel.  There is no

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

revrsible error.   The judgment, accordingly, is AFFIRMED.